UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:15 CR 324 HEA (NAB) |
| WALTER WALLACE, JR. and JERRY CHAMBERS, | ) ) ) ) |
| Defendants. | ) ) |

**UNITED STATES OF AMERICA'S**
**SECOND NOTICE OF CAPITAL CRIMES REVIEW STATUS**

COMES NOW the United States of America and respectfully informs this Court that, on or about December 4, 2015, the Attorney General authorized and directed the United States Attorney's Office for the Eastern District of Missouri to not seek the death penalty against Walter Wallace, Jr., and Jerry Chambers.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/ Thomas Rea
THOMAS REA
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 7, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Thomas Rea
THOMAS REA